UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Doreen Elwood,               )
                              )
       Plaintiff,       )
                              )
                              )  Case: 1:15–cv–01807    F Deck
     v.                  )  Assigned To : Unassigned
                              )  Assign. Date : 10/26/2015
President of the United States,  )  Description: Pro Se Gen. Civil
                              )
                              )
       Defendant.     )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Richford, Vermont, sues the President of the United States. She claims that she is impeaching the President for "parts stolen over a 4 year period from [a partially cited] case." Compl. at 2. In addition, plaintiff alleges that "states have been stalking me, putting chemicals and sleep seditives [sic] in my water (bottled) from Vermont, N. Carolina, New York, Florida." *Id.* Plaintiff alleges further that she has three homes that she cannot live in "due to Utility Corporations, Verizon, Comcast, Duke Energy, Fair Point putting amplifiers, alloy bolts that send signals to my ears and other parts." *Id.*

The complaint consists wholly of the type of fantastic or delusional scenarios warranting dismissal under § 1915(e)(2) as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are

1



"essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). Hence, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October 21, 2015